UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALEXANDER JAMES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WORLDWIDE FLIGHT SERVICES INC.,<br><br>　　　　　　Defendant. | No.  2:22–cv–1208–KJM–CKD PS<br><br>ORDER |

　　　　On October 5, 2022, the parties attended a joint status conference.  At the conference, the undersigned and the parties discussed the court's Voluntary Dispute Resolution Program ("VDRP"). The parties agreed to submit this case for VDRP.

　　　　Accordingly, in the interest of avoiding the accumulation of fees and costs through potentially unnecessary discovery and motion practice, and to allow the parties some additional time to pursue an early informal resolution of this matter with the assistance of a third party neutral, the court finds it appropriate to stay the action and refer it to VDRP.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The action is STAYED, and the action is REFERRED to VDRP.
　　　　2. Within fourteen (14) days of this order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.

1

3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

Dated:  October 6, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.James22cv1208.vdrp