DANIEL H. HANDMAN (SBN 236345)
dhandman@hkemploymentlaw.com
CASEY N. ENGSTROM (SBN 335058)
cengstrom@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA  90401
Telephone:   (310) 255-0705
Facsimile:   (310) 255-0986

Attorneys for Defendant
WORLDWIDE FLIGHT SERVICES INC.

ANTHONY ALEXANDER JAMES
2Tone271@gmail.com
7220 Pacific Avenue, Apartment 82
Stockton, CA 95207
Telephone:  (510) 322-4854

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALEXANDER JAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WORLDWIDE FLIGHT SERVICES INC.,<br><br>Defendants. | Case No.  2:22-cv-01208-KJM-CKD<br><br>[Hon. Kimberly J. Mueller-Crtrm 3]<br><br>**JOINT VDRP COMPLETION REPORT AND STIPULATION RE: DISMISSAL OF ACTION; [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   July 11, 2022 |

Pursuant to Local Rule 271(o), Plaintiff ANTHONY ALEXANDER JAMES ("Plaintiff), and Defendant WORLDWIDE FLIGHT SERVICES, INC. ("Defendant") (collectively, "the Parties") reached a settlement to resolve the above-captioned action in its entirety with the

///

assistance of Mr. Tyler Meade through this Court's referral to the Voluntary Dispute Resolution Program ("VDRP").  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the Parties to this litigation that the above-captioned action shall be dismissed in its entirety as to all causes of action and against all Defendants, with prejudice, with each party bearing its/his own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:   December 22, 2022                                HIRSCHFELD KRAEMER LLP

                                                          By:_____
                                                             Daniel H. Handman
                                                             Casey N. Engstrom
                                                          Attorneys for Defendant
                                                          WORLDWIDE FLIGHT SERVICES INC.

Dated:   December 22, 2022                                PLAINTIFF, PRO PER

                                                          By:_____
                                                             Anthony Alexander James

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties under Local Rule 271(o) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its/his own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  March 3, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.james22cv1208.stip.dism